**Order entered December 21, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01373-CV

**JSC LAKE HIGHLANDS OPERATIONS, LP D/B/A VILLAGES OF LAKE HIGHLANDS, METROSTAT DIAGNOSTIC SERVICES, INC., RICHARD M. WILLIAMS, M.D. AND RICHARD M. WILLIAMS, M.D., P.L.L.C., Appellants**

**V.**

**KAREN MILLER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF BETTY RUTH HATHCOCK AND BETTY CROCKETT, INDIVIDUALLY,**
**Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-00297-C**

## ORDER

We **GRANT** appellants' December 16, 2015 unopposed joint motion for extension of time to file briefs and **ORDER** the briefs be filed no later than January 25, 2015.

/s/     CRAIG STODDART
         JUSTICE